**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| Andre Mack, *et al.*, | ) |
| | ) Case No. 2:26-cv-107 |
| Plaintiff, | ) |
| | ) Judge Brett H. Ludwig |
| -vs- | ) |
| | ) |
| Milwaukee Craft Meats LLC, | ) |
| | ) |
| Defendant | ) |

**DEFENDANT'S UNOPPOSED MOTION TO STAY PENDING SETTLEMENT**

Defendant Milwaukee Craft Meats LLC ("Defendant") states as follows for its Unopposed Motion to Stay Pending Resolution of This Case:

1.     On January 21, 2026, Plaintiff initiated this action by filing the Complaint. (ECF No. 1).

2.     Defendant returned an executed waiver of service on February 20, 2026. Pursuant to that waiver, Defendant's responsive pleading was originally due on March 24, 2026. (ECF No. 5).

3.     The parties agreed to engage in early settlement discussions in an effort to resolve this matter without further litigation. Accordingly, the Court extended Defendant's responsive pleading deadline first to May 8, 2026, and subsequently to June 22, 2026. (ECF Nos. 9, 11).

4.     The parties are engaged in ongoing settlement discussions, including negotiations to resolve this matter on a class-wide basis. Defendant recently provided Plaintiff with necessary data to analyze and make a class-wide demand. If settlement discussions are successful, the parties anticipate filing the necessary settlement documentation within the next sixty (60) days. Accordingly, Defendant requests, and Plaintiff does not oppose, a sixty (60)-day stay of all deadlines in this matter. Defendant further requests that the Court set a deadline of Friday, August

1

21, 2026, for the parties to file a joint status report advising whether a settlement has been reached or whether the case should proceed in litigation, including a deadline for Defendant's responsive pleading. No scheduling order has been entered, and this request will not impact any other deadlines in this case.

5.      This request is made in good faith and not for purposes of delay, but rather to conserve the resources of the parties and the Court in the event the matter can be resolved amicably. The requested stay will not prejudice any party.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion, stay all proceedings in this matter for sixty (60) days up to and including August 21, 2026, and order the parties to file a joint status report by August 21, 2026, advising whether a settlement has been reached or whether this matter should proceed, including the setting of a deadline for Defendant's responsive pleading.

DATED: June 22, 2026

Respectfully submitted,

MILWAUKEE CRAFT MEATS LLC

By: */s/ Christina Jaremus*

Kyle A, Petersen
kpetersen@seyfarth.com
Christina Jaremus
cjaremus@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that she submitted Defendant's Unopposed Motion to Stay Pending Settlement for filing through the Court's CM/ECF filing system on June 22, 2026, which transmitted a copy of the same to the below identified counsel of record.

Scott S. Luzi
James A. Walcheske
David M. Potteiger
Walcheske & Luzi LLC
235 North Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: 262.780.1953
Email: dpotteiger@walcheskeluzi.com
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
*Counsel for Plaintiff Andre Mack*

/s/*Christina Jaremus*

3